# US District Court

# Worcester Division

Plaintiff:   Michael David Anthony

General Delivery, Sturbridge MA, 01566

Vrs

Robert J. Cyr and Diane Cyr

96 Ash Street, Spencer MA, 01562

This Case is here by being filed in The U.S. District Court Worcester division, under 18 U.S. Code 241-Conspiracy against rights

The above Defendants are involved in a political conspiracy which falsifies the Massachusetts State Record of my Birth Date, Place of Birth, and my Father and Mother. The above defendants involved in conspiracy, have caused serious damage to my name, slandering my reputation, has damaged my credibility,

damaged my Educational records, Career or Employment history reported, records of Family linage, has damaged my physical health, caused the loss of medical records, Damaging my history of Title or ownership of Property, Personal Security and is involving my Falsified Military and other Service Records in the United States of America and the Veterans Administrations. The Conspiracy has caused loss of income. The Conspiracy has caused Homelessness.

I am suing the above defendants for the amount of $75,000. That is now in demand. I am requesting that the U.S. District Court assist me with determining a more accurate Date of Birth which will be appropriate and matching my history of this Country encompassing all of my remembered life as an Alien and Naturalized Citizen of this Country dating back before World War Two.

Signature: _Michael David Anthony_

Michael David Anthony    Pro-Se

Cell Number: 808-348-6817